BEN ROTHMAN, SBN 265472
ben@santamonicainjurylawyer.com
LAW OFFICE OF BEN ROTHMAN
12575 Beatrice St.
Los Angeles, CA 90066
Telephone:    310-717-0539
Facsimile:    310-919-3777

Attorney for Plaintiff
WENDELL HOLMES

JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
APRIL A. PERKINS, SBN 322166
april.perkins@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

Attorneys for Defendant
WHITE LINE SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL HOLMES | Case No. 2:21-cv-01385-MCE-AC |
| Plaintiff, | **JOINT STIPULATION AND REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)** |
| vs. | |
| WHITE LINE SYSTEMS, LLC; and DOES 1 to 50, inclusive, | Action Filed:      2021-06-23 |
| | Trial Date:        None Set |
| Defendant. | |

1

JOINT STIPULATION AND REQUEST FOR DISMISSAL

48809533.v1-OGLETREE

IT IS HEREBY STIPULATED between Plaintiff WENDELL HOLMES ("Plaintiff") and Defendant WHITE LINE SYSTEMS, LLC ("Defendant"), by and through their respective attorneys of record, that, pursuant to F.R.C.P., Rule 41(a)(1)(A)(ii) as to all parties:  Plaintiff's claims in the above-referenced action be DISMISSED WITH PREJUDICE.  The parties further stipulate that each party shall bear its own attorneys' fees and costs.

DATED: November 2, 2022

LAW OFFICE OF BEN ROTHMAN

By: ___*/s/ Ben Rothman [auth. 11/01/22]*___
Ben Rothman

Attorney for Plaintiff
WENDELL HOLMES

DATED: November 2, 2022

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ April A. Perkins*_____
James T. Conley
April A. Perkins

Attorneys for Defendant
WHITE LINE SYSTEMS, LLC

## ORDER

Based on the Parties' stipulation, IT IS SO ORDERED.  This entire action is DISMISSED with prejudice.  All other existing dates and deadlines in this matter are hereby vacated.  Each party shall bear its own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  November 4, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE